```
J. TONY SERRA, SBN 32639
ANNA LING, SBN 196023
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
FUTHLE NAGI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FUTHLE NAGI,<br><br>    Defendants.<br>_____/ | No.  CR05-00122 SBA<br><br>EX PARTE REQUEST FOR TRAVEL ORDER |

    Defendant FUTHLE NAGI, by and through counsel, hereby requests permission to travel outside the Northern District of California between August 19, 2005 to August 21, 2005, for the purpose of performing obligations related to his employment.

    This request is based upon the declaration of counsel, filed herewith.

    Dated: August 5, 2005

```
                              /s/ Anna Ling
                              ANNA LING
                              Attorney for Defendant
                              FUTHLE NAGI
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

```
 1  J. TONY SERRA
    ANNA LING, SBN 196023
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    FUTHLE NAGI
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR05-00122 SBA |
|---|---|
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR TRAVEL ORDER |
| v. | |
| FUTHLE NAGI, | |
| Defendant. | |

I, ANNA LING, declare:

I am an attorney licensed to practice in the State of California and I am one of the attorneys of record for defendant Futhle Nagi in the above-entitled matter.   Mr. Nagi would like to travel outside the Northern District of California between August 19, 2005 to August 21, 2005, to Canada for the purpose of performing obligations related to his work.  Specifically, Mr. Nagi is employed as a technician with East Bay Glass and his presence is required for the acceptance, purchase and training for a new piece of equipment related to his job.  Documents from Urban Machinery, Inc., the manufacturer of the equipment,

1  located in Canada, were provided to Michelle Nero of Pretrial
2  Services and AUSA Laurel Montoya detailing that the condition of
3  sale is to have the equipment physically viewed by principal and
4  technician.
5     On August 3, 2005, I spoke with Michelle Nero of Pretrial
6  Services, and she had no objection to Mr. Nagi's requested
7  travel plans.  Mr. Nagi will also fully advise pretrial services
8  of his itinerary, place of stay, telephone number where he can
9  be contacted, and any other travel related information required.
10    On August 4, 2005, I spoke with AUSA Laurel Montoya of the
11 U.S. Attorney's Office, and she stated that she had no objection
12 to Mr. Nagi's requested travel plans.
13    Under the circumstances, I respectfully request that this
14 Court grant Mr. Nagi's permission to travel.
15    I declare under penalty of perjury that the foregoing is
16 true and correct, and that this declaration is executed on
17 August 5, 2005, at San Francisco, California.

                                    /s/ Anna Ling
                                    ANNA LING

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>FUTHLE NAGI,<br>        Defendant.<br>_____/ | No.  CR05-00122 SBA<br><br>**ORDER PERMITTING TRAVEL** |

Upon the request of defendant Futhle Nagi and good cause appearing therefor,

IT IS HEREBY ORDERED that Futhle Nagi be allowed to travel outside the Northern District of California to Canada, between August 19, 2005 to August 21, 2005, for the purpose of conducting obligations related to his employment.  Mr. Nagi is to advise pretrial services of his itinerary, place of stay, telephone number where he can be contacted, and any other travel related information required by pretrial services.

Dated: 8/5/05

_____
U.S. District Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 506 Broadway, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

    EX PARTE REQUEST FOR TRAVEL ORDER, DECLARATION IN SUPPORT THEREOF, PROPOSED ORDER

to be served on the following parties in the following manner:
E-Mail _X_   Overnight mail ___   Personal service ___   Fax _X_

    Laurel J. Montoya
    Assistant U.S. Attorney
    Federal Building Room 3654
    1130 "O" Street
    Fresno, CA 93721

    Robert J. Beles
    One Kaiser Plaza #2300
    Oakland, CA 94612

    David Balakian
    455 W Shaw Ave
    Fresno, CA 93704

    Michelle Nero                           Fax 510/637-3754
    Pre-Trial Services
    U.S. District Court
    1301 Clay Street, Rm 100C
    Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on August 5, 2005, at San Francisco, California.

                                        /s/ Anna Ling
                                        ANNA LING

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331