UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

FUTHLE NAGI,

      Defendant.
_____/

No. CR05-00122 SBA

ORDER PERMITTING TEMPORARY
RELEASE OF PASSPORT

    Upon the request of defendant Futhle Nagi and good cause appearing therefor,

    IT IS HEREBY ORDERED that Futhle Nagi's passport be released from the Clerk of the Court, Eastern District of California, 1130 "O" Street, Rm. 5000, Fresno, California 93721, and personally provided to defense investigator, Sandy Glickman, California P.I. License 16740, P.O. Box 19107, Fresno, CA 93790, tel: 559-438-4442, no later than August 17, 2005, and said passport is to be surrendered to the Clerk of the Court, Northern District of California no later than August 23, 2005.

    Dated: August 11, 2005

*Wayne D. Brazil*
U.S. District Court Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331